SHULENBURG, Appellant, v. CLEMONS, Respondent. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by Henry Shulenburg against Fred Clemons, as administrator, etc.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

SILVERMAN v. STATE BANK. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Harry Silverman against the State Bank. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SIMONS v. ZOBEL. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Edward Simons against Frederick C. Zobel. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SMITH v. BOSTON & A. R. CO. et al. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Albert T. Smith, as trustee, against the Boston & Albany Railroad Company, the New York Central & Hudson River Railroad Company, lessee, and the town of Kinderhook. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified: "Does the complaint state a cause of action against the defendant the town of Kinderhook?"

SMITH, Respondent, v. INTERNATIONAL PULP CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Rollin G. Smith, as administrator, against the International Pulp Company. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH et al., Appellants, v. IRVIN, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Mary I. Smith and others against Mary M. Irvin, individually, etc. R. K. Prentice, for appellants. F. Woodbridge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH et al., Appellants, v. O'BRIEN, Sheriff, Respondent. (Supreme Court. Appellate Division, First Department. March 24 1905.) Action by Albert D. P. Smith and others against William J. O'Brien, as sheriff. G. H. Fletcher, for appellants. R. D. Murray, for respondent. No opinion. Judgment affirmed, with costs.

SNEDDEN–TALLMAN CO., Respondent, v. HOLLANDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by the Snedden-Tallman Company against Fanny Hollander. No opinion. Order affirmed, with $10 costs and disbursements.

SNELL, Respondent, v. COMBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Sarah E. Snell against Frank L. Combs. No opinion. Judgment and order affirmed, with costs.

SNIDER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Amy Snider against the Metropolitan Street Railway Company. C. F. Brown, for appellant. P. D. Trafford, for respondent.

PER CURIAM. Judgment modified, by striking out extra allowance, and judgment, as so reduced to the sum of $3,257.90, and order appealed from, affirmed, with costs of appeal.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

SNOWDEN v. TOWN OF SOMERSET. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Arthur Snowden against the town of Somerset. No opinion. Motion for certificate and leave to appeal to the Court of Appeals denied, with $10 costs.

SOMERS v. JACOBS et al. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Mary Somers against Jacob Jacobs and another. No opinion. Motion granted.

SPARKS, Respondent, v. FOGARTY, Appellant et al. (Supreme Court. Appellate Division, Second Department. March 3, 1905.) Action by Frederick W. Sparks against Thomas Fogarty and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

SPENCER v. TOWN OF SARDINIA. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Ella D. Spencer against the town of Sardinia. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.